# *United States District Court*

### *Northern District of New York*

## CIVIL JUDGMENT

**PETER GONZALEZ and FRANCESCA GONZALEZ**

V.                         **CASE NUMBER: 1:06-CV-1023 (FJS) (RFT)**

**GARY L. SHARPE, U.S. District Judge for the United States District Court for the Northern District of New York**

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That leave to proceed with this action without payment of the filing fee is denied as moot, the action is dismissed pursuant to 28 USC 1915(e)(2)(B) and it is further certified that any appeal of this matter would not be taken in good faith pursuant to 28 USC 1915(a)(3).

All of the above pursuant to the order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 8th day of September, 2006.

**SEPTEMBER 8, 2006**                       **LAWRENCE K. BAERMAN**

**_____**          **_____**

**DATE**                                    **CLERK OF COURT**

                                                **s/**

                                             **_____**

                                           **JOANNE BLESKOSKI**
                                           **DEPUTY CLERK**

Dockets.Justia.com